IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DANNY L. DEATON,

    Plaintiff,

v.                                No. 99-2815-B/An

CITY OF MEMPHIS, et al.,

    Defendants.

---

### ORDER DISMISSING MAYOR W. W. HERENTON

---

On June 27, 2005, the Court entered an order granting in part and denying in part Defendant's motion in limine and granting Plaintiff's motion in limine. The Court noted in a footnote that a negligence claim still remained against the Defendant, Mayor W. W. Herenton, based upon an August 30, 2000 order on a motion to dismiss entered by former District Judge Julia S. Gibbons. In that order, Judge Gibbons stated that the Defendant had not sought a dismissal of Plaintiff's negligence claim against Herenton and therefore that claim had survived.

On October 13, 2000, a stipulation of voluntary dismissal was filed with the Court wherein the attorneys for the Plaintiff and for Herenton agreed that all of Plaintiff's state law claims against the Mayor could be dismissed without prejudice. Consequently, it appears that all claims against Mayor Herenton have been terminated.

Accordingly, based upon the stipulation of voluntary dismissal entered on October 13, 2000, all of Plaintiff's remaining state law claims against Mayor Herenton are DISMISSED WITHOUT PREJUDICE.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-5-05



IT IS SO ORDERED this 1st day of July, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 175 in case 2:99-CV-02815 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Nicholas E. Bragorgos
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable J. Breen
US DISTRICT COURT