FILED IN OPEN COURT
DATE: 12/15/05
TIME: 3:24 pm
INITIALS: JC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

DANNY L. DEATON,

      Plaintiff,

v.                                   No. 99-2815-B

LIEUTENANT CORNELL DYE,
OFFICER JOSEPH N. JOHNSON,
OFFICER MICHAEL SPEARMAN
And OFFICER KAM WONG

      Defendants.

## ORDER PURSUANT TO F.R.C.P. 54

By agreement of the parties, it appears to the Court that an Order is appropriate to clarify the record with regard to the time for filing of any motions for costs or attorney's fees. With claims remaining against the Defendant, Joseph Johnson, and there being no final judgment in this action, it further appears to the Court that no motions for costs or attorney's fees need be filed until a time prescribed by F.R.C.P. 54(d) and Local Rule 54.1 following the entry of final judgment against Joseph Johnson and termination of the entire case.

**ALL OF WHICH IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.**

_____
JUDGE

DATED: 12/15/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

205

APPROVED:

_____
JOHN BARRY BURGESS - 7255
Attorney for Plaintiff
81 Monroe Avenue
Sixth Floor
Memphis, Tennessee 38103
901-624-0640

_____
JEAN MARKOWITZ  # 5765
Attorney for Defendant Police Officers
100 North Main Building
Suite 2400
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:99-CV-02815 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Nicholas E. Bragorgos
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT